REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

2015 JL 29 AM 10: 09

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY: _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | **INDICTMENT** |
| v. | | [Count One – Vio: 18 U.S.C. §922(g)(1) & 924(a)(2): Possession of a Firearm by a Convicted Felon.] |
| MICHAEL STEVEN HYATT | | Cause No.: |

THE GRAND JURY CHARGES:

**DR 15 CR 0922**

COUNT ONE
[18 U.S.C. §922(g)(1) & §924(a)(2)]

That on or about March 25, 2015, in the Western District of Texas, Defendant,

MICHAEL STEVEN HYATT,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely a Ruger, "Super-Six," .22 caliber revolver bearing serial number, "260-14539," in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
MATTHEW H. WATTERS
Assistant United States Attorney

SEALED:

UNSEALED:  XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: VAL VERDE                    USAO #: 2015R10115

DATE:  JULY 29, 2015                 MAG. CT. #: MATTER

AUSA:  MATTHEW WATTERS

DEFENDANT: MICHAEL STEVEN HYATT          **DR15CR0922**

CITIZENSHIP: USA

INTERPRETER NEEDED: NO  Language: ENGLISH

DEFENSE ATTORNEY: TBD

ADDRESS OF ATTORNEY: TBD

DEFENDANT IS: ON STATE BOND          DATE OF ARREST:  TO BE ARRESTED

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY:  N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY:  INDICTMENT

OFFENSE: (Code & Description): 18 U.S.C. § 922(g) - Felon in Possession of a Firearm

OFFENSE IS A:  FELONY

MAXIMUM SENTENCE: COUNT 1: 0-10 years imprisonment; up to $250,000 fine; 0-5 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY:  _____     Yes XX      No XX

REMARKS:  __ See above __

W D T-CR-3